**Order entered October 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01294-CV

### TOM KARTSOTIS, Appellant

### V.

### RICHARD L. BLOCH, INDIVIDUALLY AND AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, AND NANCY BLOCH AS A TRUSTEE OF THE RICHARD AND NANCY BLOCH FAMILY TRUST, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-11-04489

## ORDER

Before the Court is the parties' October 27, 2015 agreed motion to correct inaccuracies in the amended reporter's record. Volume eight in the amended reporter's record contains Exhibit DX-15A following Exhibit DX-15 and Exhibit DX-16B following Exhibit DX-16A. Exhibits DX-15A and Exhibit DX-16B are unredacted exhibits. They are not listed in the index to volume eight. We **GRANT** the motion to the extent that we **ORDER** court reporter Kendra Thibodeaux to file, by **NOVEMBER 6, 2015**, a corrected amended volume eight of the reporter's record that omits Exhibits DX-15A and DX-16B.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court, Ms. Thibodeaux, and counsel for all parties.

/s/ ELIZABETH LANG-MIERS
   JUSTICE